UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Bernadette Allen-Griffin                                Case No. 19-55688-mar
                                                                Chapter 13
                                                                Hon. Mark A. Randon

          Debtor.
_____/

## OBJECTION TO CHAPTER 13 PROOF OF CLAIM NO. 6
## OF PLANET HOME LENDING, LLC

      Bernadette Allen-Griffin, Debtor herein, by and through her attorneys, Berman & Bishop, PLLC, by Robert W. Bishop respectfully objects to the Proof of Claim No. 6 of Planet Home Lending, LLC filed on January 2, 2020 and states as follows:

1. That this case was filed on November 5, 2019.
2. That Planet Home Lending, LLC filed its proof of claim for the debtor's residence.
3. That said claim indicated arrears in the amount of $517.14.
4. That Debtor has made all necessary payments to the creditor and has kept the payments to this creditor current.

      WHEREFORE, Debtor requests that the arrearage portion of this Proof of Claim No. 6 filed by Planet Home Lending, LLC on January 2, 2020 shall be denied and that said payments shall be deemed current.

Dated: January 7, 2020          /s/ Robert W. Bishop
                                         ROBERT W. BISHOP (P66345)
                                         Attorney for Debtor
                                         24405 Gratiot Ave.
                                         Eastpointe, MI  48021
                                         (586) 775-0600
                                         bermanbishop@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Bernadette Allen-Griffin        Case No. 19-55688-mar
                                        Chapter 13
                                        Hon. Mark A. Randon

              Debtor.
_____/

### ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 6 OF PLANET HOME LENDING, LLC

Upon the reading and filing of Debtor's Objection to Proof of Claim No. 6 of Planet Home Lending, LLC which was presented to this Court pursuant to Bankruptcy Rule 3007, and no responses having been filed to the said Objections and a Certificate of No Response having been filed with this Court;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

The objection to the Proof of Claim filed by the above-referenced creditor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

IT IS FURTHER ORDERED as follows:

1. That the arrearage portion of the Chapter 13 Proof of Claim No. 6 of Planet Home Lending, LLC shall be denied and that said payments shall be deemed current.
2. It shall not be the responsibility of the Chapter 13 Trustee to recoup funds previously paid to said Creditor, if any.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Bernadette Allen-Griffin                                    Case No. 19-55688-mar
                                                                                              Chapter 13
                                                                                              Hon. Mark A. Randon

                       Debtor.
_____/

## NOTICE OF OBJECTION TO CLAIM NO. 6
## OF PLANET HOME LENDING, LLC

        Bernadette Allen-Griffin, Debtor herein, has filed an objection to your claim in this bankruptcy case.

        **Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**

        If you do not want the Court to deny or change your claim, then on or before **February 12, 2020**, you or your lawyer must:

1.    File with the court a written response to the Objections, explaining your position at:
            United States Bankruptcy Court
            211 W. Fort Street, Suite 2100
            Detroit, MI 48226

        If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        You must also mail a copy to:

| ROBERT W. BISHOP (P66345) | KRISPEN S. CARROLL |
| Attorney for Debtor | Standing Chapter 13 Trustee |
| 24405 Gratiot Ave. | 719 Griswold Street, Suite 1100 |
| Eastpointe, MI 48021 | Detroit, MI 48226-3314 |
| (586) 775-0600 | (313) 962-5035 |
| bermanbishop@gmail.com | |

2.    Attend the hearing on the Objection, scheduled to be held on **February 19, 2020** at **11:00 a.m.** in **Courtroom 1825, 211 West Fort Street, Detroit, Michigan,** unless your attendance is excused by mutual agreement between yourself and the objector's attorney. **If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Dated: January 7, 2020                    /s/ Robert W. Bishop        
                                                                  ROBERT W. BISHOP (P66345)
                                                                  Attorney for Debtor
                                                                  24405 Gratiot Ave.
                                                                  Eastpointe, MI 48021
                                                                  (586) 775-0600
                                                                  bermanbishop@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Bernadette Allen-Griffin            Case No. 19-55688-mar
                                                   Chapter 13
                                                   Hon. Mark A. Randon

                     Debtor.
_____ /

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, deposes and says that on January 7, 2020, she served electronically and/or by United States Mail, postage prepaid a copy of the following:

DOCUMENT(S):         Objection to Proof of Claim No. 6 of Planet Home Lending, LLC

ADDRESSEE(S):        KRISPEN S. CARROLL
                                   Standing Chapter 13 Trustee
                                   719 Griswold Street, Suite 1100
                                   Detroit, MI 48226-3314
                                   (313) 962-5035

                                   Planet Home Lending, LLC
                                   c/o Potestivo & Associates, P.C.
                                   251 Diversion
                                   Rochester, MI 48307

I DECLARE THE ABOVE STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

Dated: January 7, 2020

/s/ K. Rae Dahn
Paralegal
Berman & Bishop, PLLC
24405 Gratiot Ave.
Eastpointe, MI 48021
(586) 775-0600
bermanbishop@gmail.com