UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Bernadette Allen-Griffin,          Case No. 19-55688-mar
   a/k/a Bernadette Allen,             Chapter 13
   a/k/a Bernadette Griffen,           Hon. Mark A. Randon

        Debtor.
_____/

**CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION TO CHAPTER 13 PROOF OF CLAIM NO. 6 OF PLANET HOME LENDING, LLC**

Secured Creditor, Planet Home Lending, LLC, by and through its undersigned attorneys, submits the following response opposing Debtor's Objection to Proof of Claim No. 6 of Planet Home Lending, LLC, filed on January 2, 2020:

1. Admits.

2. Admits.

3. Admits.

4. Denies; further states that the Proof of Claim filed on behalf of Creditor properly reflects the status of the account as of the petition date of November 5, 2019. As of November 5, 2019, Debtor had not made the November 1, 2019, payment. As a result, Creditor was required to report the November payment as unpaid. Debtor's objection fails to state when the payment due on November 1, 2019,

was paid – according to Creditor's records, Debtor's last pre-petition payment was made on October 9, 2019, and was applied to the payment due on October 1, 2019. Debtor's next payment was made on November 18, 2019, which is ***post-petition***. (Exhibit A). As a result, Debtor's objection is frivolous and wholly without merit. Further, Debtor's objection fails to properly identify any inaccuracy with the filed Proof of Claim.

THEREFORE, Creditor, Planet Home Lending, LLC, respectfully requests that this Honorable Court enter its Order:

a. Denying Debtor's objection in its entirety; and,

b. Allowing Creditor's claim in its entirety; and,

c. Awarding such other and further relief in favor of Creditor as the Court deems appropriate under the facts and circumstances of this case.

Respectfully Submitted,

Dated: January 17, 2020

***/s/ Cheryl D. Cook***
Potestivo & Associates, P.C.
By: Cheryl D. Cook (P52128)
Attorney for Planet Home Lending, LLC
251 Diversion Street
Rochester, MI 48307
(248) 853-4400
ccook@potestivolaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Bernadette Allen-Griffin,  Case No. 19-55688-mar
    a/k/a Bernadette Allen,  Chapter 13
    a/k/a Bernadette Griffen,  Hon. Mark A. Randon

           Debtor.
_____/

## PROOF OF SERVICE

    I, Catherine Scanlan, state that on the 17th day of January, 2020, I served a copy of the Response to Debtors' Objection to Proof of Claim of Planet Home Lending, LLC (Claim #6) filed by Planet Home Lending, LLC and Proof of Service upon:

| Bernadette Allen-Griffin | Robert W. Bishop | Krispen S. Carroll |
|---|---|---|
| 22432 Schroeder Ave. | Attorney for Debtor | 719 Griswold |
| Eastpointe, MI 48021 | 24405 Gratiot Ave. | Suite 1100 |
|  | Eastpointe, MI 48021 | Detroit, MI 48226 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to the Debtor and via CM-ECF electronic filing to Debtor's Attorney and the Chapter 13 Trustee.

           */s/ Catherine Scanlan*
           Catherine Scanlan
           Employee of Potestivo & Associates, P.C.
           251 Diversion Street
           Rochester, MI 48307
           (248) 853-4400
           cscanlan@potestivolaw.com

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT           DATE 11/20/19
REQ BY DFT                                                            PAGE     1


BERNADETTE ALLEN                      IF YOU HAVE ANY QUESTIONS OR REQUIRE FURTHER
22432 SCHROEDER AVENUE                 ASSISTANCE, PLEASE CONTACT CUSTOMER SERVICE
EASTPOINTE          MI 48021          AT 1-866-882-8187, MONDAY THROUGH FRIDAY,
                                              8:30 AM TO 9:00 PM ET.


LOAN NUMBER:  Reacted
***************************************************************************
----------------------------- CURRENT ACCOUNT INFORMATION -----------------------
   DATE         TOTAL        PRINCIPAL         LOAN         CURRENT
  PAYMENT      PAYMENT       & INTEREST      INTEREST       PRINCIPAL        ESCROW
   DUE         AMOUNT         PAYMENT          RATE          BALANCE         BALANCE
 12-01-19      679.82         408.06          4.12500       81,691.03        762.88
   2ND MORTGAGE:                              0.00  0.00000                  0.00
***************************************************************************

                  ACTIVITY FOR PERIOD 02/01/18 - 11/19/19
 PROCESS    DUE     TRANSACTION              TRANSACTION                EFFECTIVE DATE
  DATE     DATE     CODE                     DESCRIPTION                OF TRANSACTION
 -----------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/          ESCROW PAID/   ---------------OTHER--------------
    AMOUNT        BALANCE    INTEREST    BALANCE      AMOUNT   CODE/DESCRIPTION
 -----------------------------------------------------------------------------------
 11-19-19  11-19   173   PAYMENT                                           11-18-19
      0.00        126.81      281.25     281.83      689.89-
                81,691.03                762.88    NEW PRINCIPAL/ESCROW BALANCES
 11-18-19  11-19   173   PAYMENT
    689.89         0.00         0.00       0.00      689.89
 11-04-19  03-20   310   MORTGAGE INSURANCE DISBURSEMENT
     53.77-        0.00         0.00      53.77-
                                          481.05   NEW PRINCIPAL/ESCROW BALANCES
 10-09-19  10-19   172   PAYMENT
    689.89        126.38      281.68     281.83
                81,817.84                534.82    NEW PRINCIPAL/ESCROW BALANCES
 10-02-19  03-20   310   MORTGAGE INSURANCE DISBURSEMENT
     53.77-        0.00         0.00      53.77-
                                          252.99   NEW PRINCIPAL/ESCROW BALANCES
 09-19-19  09-19   173   PAYMENT
    689.89        125.94      282.12     281.83
                81,944.22                306.76    NEW PRINCIPAL/ESCROW BALANCES
 09-04-19  03-20   310   MORTGAGE INSURANCE DISBURSEMENT
     53.77-        0.00         0.00      53.77-
                                           24.93   NEW PRINCIPAL/ESCROW BALANCES
 08-15-19  09-19   351   HOMEOWNERS INS
  1,092.00-        0.00         0.00    1092.00-
                                           78.70   NEW PRINCIPAL/ESCROW BALANCES
```